1

2

3

4

5

6                                                          Honorable Judge Martinez

7

8                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
9                                  AT SEATTLE

   UNITED STATES OF AMERICA,           )
10                                       )         NO. CR18-217RSM
              Plaintiff,                 )
11                                       )
                                         )
12      vs.                              )         [PROPOSED] ORDER TO SEAL
                                         )         DEFENDANT GRIFFIN THOMPSON'S
13   GRIFFIN THOMPSON,                   )         SENTENCING MEMORANDUM
                                         )
14            Defendant.                 )
                                         )
15 ─────────────────────────────────────)

16       This Court has considered Defendant Griffin Thompson's Unopposed Motion to Seal

17   Defendant's Sentencing Memorandum, this proposed form of Order, and the records and

18   pleadings already on file.

19       IT IS THEREFORE ORDERED that Defendant Griffin Thompson's Unopposed

20   Motion to Seal Defendant's Sentencing Memorandum is GRANTED and that Defendant

21   Griffin Thompson's Sentencing Memorandum and appendices shall remain under seal.

22
         DATED this ___10___ day of September, 2021.
23

24
                                        HONOROABLE RICARDO S. MARTINEZ
25                                      Chief United States District Court Judge


[PROPOSED] ORDER TO SEAL                          MAZZONE LAW FIRM, PLLC
DEFENDANT GRIFFIN THOMPSON'S                       3002 Colby Avenue, Suite 302
SENTENCING MEMORANDUM - 1                                Everett, WA 98201
                                                      Tel (425) 259-4989
                                                      Fax (425) 259-5994